# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| JOHN FRANCIS CREWS and TASSIE KAY CREWS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SARA LEE CORPORATION; SARA LEE CORPORATION ERISA APPEAL COMMITTEE; SARA LEE CORPORATION EMPLOYEE HEALTH BENEFIT PLAN; and GREAT-WEST HEALTHCARE, INC.,<br><br>　　　　Defendants. | No. 08-CV-113-LRR<br><br>**ORDER** |

_____

The matter before the court is the parties' "Joint Withdrawal of Defendants' Petition for Fees and Costs" ("Joint Withdrawal") (docket no. 52). For the reasons stated in the Joint Withdrawal, it is **HEREBY ORDERED THAT**:

(1) Defendants' Petition for Fees and Costs (docket no. 47) is deemed withdrawn;

(2) The time to seek an appeal of the court's Order (docket no. 45) and Judgment (docket no. 46) has expired; and

(3) The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED** this 3rd day of September, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA